UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEATRICE WHITNEY,

               Plaintiff,

-against-

SOUTH BRONX COMMUNITY CHARTER HIGH SCHOOL,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2025_

24 Civ. 9928 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated January 2, 2025, the Court directed the parties to file a joint letter and proposed case management plan by May 2, 2025. ECF No. 5. Those submissions are now overdue. Accordingly, by **May 16, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 5, 2025
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge